## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
     **Plaintiff**

     **v.**                                            **Criminal No. 06-158 (ADC)**

**OLBAP LOPEZ-FELIX (18)**
     **Defendant**

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on October 20, 2006. (**Docket No. 329**.)  In said Report and Recommendation the Chief Magistrate-Judge recommends that:  defendant **Olbap Lopez-Félix** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1),  846, and 860)  inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

Criminal No.06-158 (ADC)                                                        Page -2-

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on October 19 2006.  **The sentencing hearing is set for February 13, 2007 at 9:30 a.m.**

     **SO ORDERED.**

     At San Juan, Puerto Rico, this 6th day of November, 2006.


                            S/**AIDA M. DELGADO-COLON**
                            **District Judge**